**RECEIVED**

**JUN 2 8 2007**

*CHAMBERS OF*
*HONORABLE SUSAN D. WIGENTON*

PETER VENTRICE, ESQ. (PV-8403)
BRAUSE, BRAUSE & VENTRICE, L.L.C.
276 Main Street
CN-4001
Metuchen, NJ  08840-4001
(732)767-0044
Attorneys for Defendants,
City of East Orange and
East Orange Police Department

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHANIE REESE, | : CIVIL ACTION NO.: 07-1899(SDW) |
| Plaintiff, | : |
| | STIPULATION AND ORDER |
| -vs- | : |
| CITY OF EAST ORANGE, THE CITY OF EAST ORANGE POLICE DEPARTMENT, JAMES MOSS, EAST ORANGE MUNICIPAL COURT ADMINISTRATOR (INDIVIDUALLY AND IN HIS CAPACITY AS A COURT ADMINISTRATOR), DET. ROLAND R. BAUGH(INDIVIDUALLY AND IN HIS CAPACITY AS A POLICE OFFICER), DET. LASHAWN V. KEARSE (INDIVIDUALLY AND IN HIS CAPACITY AS A POLICE OFFICER), SGT. AND/OR LT. SHARON MOSBY (INDIVIDUALLY AND IN HER CAPACITY AS A POLICE OFFICER), EAST ORANGE GENERAL HOSPITAL, RUCHI AMIN, CINDY COOMBS, ABC ENTITIES (1-10) (FICTITIOUS NAMES), XYZ CORPORATIONS (1-10) (FICTITIOUS NAMES), JOHN AND JANE DOES (1-10) (FICTITIOUS NAMES), AND RON AND REGINA ROES (1-10) (FICTITIOUS NAMES). | : : : : : : : : : : : : : : : : |
| Defendants. | : |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that the time defendants, City of East Orange and East Orange Police Department may have to file an Answer or otherwise respond to the Complaint is hereby extended for a period of 30 days up to and including July 8, 2007.

SO ORDERED this 28th day of June, 2007;

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

The undersigned hereby consent to the form and entry of this Order.

LAW OFFICE OF STEPHAN T. MASHEL
Attorneys for Plaintiff

_____ 6/11/07
STEPHAN T. MASHEL, ESQ.
(STM-5924)

BRAUSE, BRAUSE & VENTRICE, L.L.C.
Attorneys for Defendants,
City of East Orange and
East Orange Police Department

_____
PETER VENTRICE, ESQ.
(PV-8403)